```
ANTHONY TAMOT CHAPMAN          MSDHS
209 STARLANE DR                ATTN: CONSTANCE MORROW
PETAL, MS 39465                PO BOX 352
                               JACKSON, MS 39205


THOMAS C. ROLLINS, JR.         PLANET HOME LENDING
THE ROLLINS LAW FIRM, PLLC     321 RESEARCH PARKWAY
P.O. BOX 13767                 SUITE 303
JACKSON, MS 39236              MERIDEN, CT 06450


CAPITAL ONE                    WILSON & ASSOCIATES
ATTN: BANKRUPTCY               400 WEST CAPITOL AVE
P.O. BOX 30285                 STE 1400
SALT LAKE CITY, UT 84130       LITTLE ROCK, AR 72201


CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024


CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181


CITI CARD/BEST BUY
ATTN:BANKRUPTCY
PO BOX 790040
ST LOUIS, MO 36179


GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076


KIMBERLY DUCKSWORTH
546 SCR 10
TAYLORSVILLE, MS 39168


KIMBERLY SULLIVAN
4185 CLARKS TRL
DOUGLASVILLE, GA 30135
```