# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Anthony Tamot Chapman**, Debtor(s)

Case No. **25-51271**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 25, 2025**

**/s/ Anthony Tamot Chapman**
**Anthony Tamot Chapman**
Signature of Debtor

```
ANTHONY TAMOT CHAPMAN          KIMBERLY SULLIVAN
209 STARLANE DR                4185 CLARKS TRL
PETAL, MS 39465                DOUGLASVILLE, GA 30135


THOMAS C. ROLLINS, JR.         MSDHS
THE ROLLINS LAW FIRM, PLLC     ATTN: CONSTANCE MORROW
P.O. BOX 13767                 PO BOX 352
JACKSON, MS 39236              JACKSON, MS 39205


CAPITAL ONE                    PLANET HOME LENDING
ATTN: BANKRUPTCY               321 RESEARCH PARKWAY
P.O. BOX 30285                 SUITE 303
SALT LAKE CITY, UT 84130       MERIDEN, CT 06450


CAPITAL ONE AUTO               WILSON & ASSOCIATES
ATTN: BANKRUPTCY               400 WEST CAPITOL AVE
7933 PRESTON RD                STE 1400
PLANO, TX 75024                LITTLE ROCK, AR 72201


CFNA
ATTN: BANKRUPTCY
PO BOX 81315
CLEVELAND, OH 44181


CITI CARD/BEST BUY
ATTN:BANKRUPTCY
PO BOX 790040
ST LOUIS, MO 36179


GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076


JENNIELL GRIMSLEY***
209 STARLANE DR
PETAL, MS 39465


KIMBERLY DUCKSWORTH
546 SCR 10
TAYLORSVILLE, MS 39168
```