United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51271-KMS |
| Anthony Tamot Chapman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Sep 26, 2025 | Form ID: dn020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Tamot Chapman, 209 Starlane Dr, Petal, MS 39465-3731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor Planet Home Lending  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anthony Tamot Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form dn020 (Rev. 12/2021)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re:   Anthony Tamot Chapman                                   **Case No.:** 25−51271−KMS
                                                                 **Chapter** 13

**To:**  Anthony Tamot Chapman, Debtor
         T.C. Rollins, Esq., Counsel for the Debtor

### Notice of Deficiency

Upon review of the Schedule H (Dkt. # 15), the following issue(s)/deficiency(ies) requires immediate action:

- ☒ Entity listed on the above schedule(s), but omitted from the Mailing Matrix.
- ☐ Entity listed on the above schedule(s) with incomplete information.
- ☐ Entity listed on the Mailing Matrix with incomplete information.
- ☒ Jenniell Grimsley

**Therefore**, you must:

- ☒ File an Amended Mailing Matrix to:
    - ☒ Add the entity listed on the schedule, that was omitted from the Mailing Matrix.
    - ☐ Add the complete address for the entity listed on the Mailing Matrix with incomplete information.

    Docket Event: [Bankruptcy > Other > Amended List of Creditors (Fee)]

- ☒ Pay the required $ 34.00 amendment fee.

- ☐ File an Amended Schedule H adding a complete address for the entity listed on the schedule.

Additionally, you must:

1. Serve a copy of the Notice of Chapter 13 Case (Official Form 309I) (the "Notice") providing the debtor's full social security number to the affected entity.

2. File a Certificate of Service ("COS") that includes a redacted copy of the Notice and a record of the parties served.

    Docket Event: [Bankruptcy > Other > Certificate of Service].

Failure to comply with the above deficiency, on or before **October 10, 2025**, may result in a show cause hearing or an order striking the above−referenced schedule(s) without further notice.

Dated: September 26, 2025                    Danny L. Miller, Clerk of Court
                                             Dan M. Russell, Jr. U.S. Courthouse
                                             2012 15th Street, Suite 244
                                             Gulfport, MS 39501
                                             228−563−1790