United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51271-KMS
Anthony Tamot Chapman Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Oct 30, 2025      Form ID: n031      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Tamot Chapman, 209 Starlane Dr, Petal, MS 39465-3731 |
| 5568733 | + | Jenniell Grimsley, 209 Starlane Dr., Petal, MS 39465-3731 |
| 5557176 | + | Kimberly Ducksworth, 546 SCR 10, Taylorsville, MS 39168-5262 |
| 5557177 | + | Kimberly Sullivan, 4185 Clarks Trl, Douglasville, GA 30135-8686 |
| 5557928 | | Wesley Health System, LLC dba Merit Health Wesley, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 19:33:35 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BKNC@rlselaw.com | Oct 30 2025 19:30:00 | Planet Home Lending, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5557173 | + | Email/Text: BKPT@cfna.com | Oct 30 2025 19:29:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5561422 | | Email/Text: BKPT@cfna.com | Oct 30 2025 19:29:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5557171 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2025 19:33:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5557172 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 30 2025 19:33:19 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5559255 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 19:33:17 | Capital One Auto Finance, a division of, Capital One, N.A.,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5557174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2025 19:44:03 | Citi Card/Best Buy, Attn:Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5557175 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 30 2025 19:30:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5557178 | + | Email/Text: constance.morrow@mdhs.ms.gov | Oct 30 2025 19:30:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5562500 | + | Email/Text: BKNC@rlselaw.com | Oct 30 2025 19:30:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, Atty for Planet Home Lending, LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5557179 | + | Email/Text: BKMAIL@planethomelending.com | Oct 30 2025 19:30:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5564384 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: n031 | Total Noticed: 19 |

| | | Oct 30 2025 19:33:17 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |
|---|---|---|---|
| 5557180 | + Email/Text: arecf@wilson-assoc.com | Oct 30 2025 19:30:00 | Wilson & Associates, 400 West Capitol Ave, Ste 1400, Little Rock, AR 72201-3562 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Natalie Kareda Brown | on behalf of Creditor Planet Home Lending LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Anthony Tamot Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51271−KMS
**Chapter:** 13

**In re:**

Anthony Tamot Chapman
209 Starlane Dr
Petal, MS 39465

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 30, 2025 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
| --- | --- |
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 30, 2025                                              Danny L. Miller, Clerk of Court