UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 13 PROCEEDING:
ANTHONY TAMOT CHAPMAN                      25-51271 KMS
209 Starlane Dr
Petal, MS 39465

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor for the following reason: mortgage arrears claim is much more than plan provided for as well as the ongoing monthly mortgage payment.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,637.39 per month beginning with the month of December 27, 2025.

RESPECTFULLY SUBMITTED: November 17, 2025

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, November 17, 2025.

DEBTOR:
ANTHONY TAMOT CHAPMAN
209 Starlane Dr
Petal, MS 39465

ATTORNEY FOR DEBTOR:        U.S. TRUSTEE:
THOMAS C. ROLLINS, JR          501 East Court Street
P O Box 13767                       Suite 6-430
Jackson, MS 39236               Jackson, MS 39201

/s/ DAVID RAWLINGS
DAVID RAWLINGS, TRUSTEE