_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 30, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  			CHAPTER 13 PROCEEDING
  ANTHONY TAMOT CHAPMAN			25-51271 KMS
  209 Starlane Dr
  Petal, MS  39465			SSN:  XXX-XX-6880

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  WALT MASSEY
  attn:Payroll Dept
  1470 HWY 98 E
  COLUMBIA, MS  39429

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net