UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ANTHONY TAMOT CHAPMAN

      DEBTOR(S)

                                                  CHAPTER 13 BANKRUPTCY
DAVID RAWLINGS, TRUSTEE                                CASE NO. 25-51271 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

PLANET HOME LENDING LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN, CT 06450

Court Claim No. 6

Date of Notice of Post-Petition Mortgage Fees/Expenses: December 30, 2025

Amount of Post-Petition Mortgage Fees/Expenses: $350.00

Classification: Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on January 05, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

ANTHONY TAMOT CHAPMAN
209 Starlane Dr
Petal, MS  39465

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

PLANET HOME LENDING LLC
321 RESEARCH PARKWAY
SUITE 303
MERIDEN, CT  06450

/s/  David Rawlings

DAVID RAWLINGS, TRUSTEE