IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Anthony Tamot Chapman, Debtor         Case No. 25-51271-KMS
                                                CHAPTER 13

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  March 3, 2026           Signature:  /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Anthony Tamot Chapman, Debtor            Case No. 25-51271-KMS
                                                  CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in March 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on March 3, 2026, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ANTHONY TAMOT CHAPMAN | CASE NO: 25-51271<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 3/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ANTHONY TAMOT CHAPMAN | CASE NO: 25-51271<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/3/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/3/2026

*Victoria Blake* (signature)

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51271
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAR 3 11-38-23 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(U)PLANET HOME LENDING  LLC

PLANET HOME LENDING  LLC
3145 AVALON RIDGE PLACE  SUITE 100
PEACHTREE CORNERS  GA 30071-1570

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

CFNA
ATTN BANKRUPTCY
PO BOX 81315
CLEVELAND  OH 44181-0315

CREDIT FIRST NA
PO BOX 818011
CLEVELAND  OH 44181-8011

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2359

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CITI CARDBEST BUY
ATTNBANKRUPTCY
PO BOX 790040
ST LOUIS  MO 63179-0040

GENESIS FS CARD
ATTN BANKRUPTCY
PO BOX 4477
BEAVERTON  OR 97076-4401

JENNIELL GRIMSLEY
209 STARLANE DR
PETAL  MS 39465-3731

KIMBERLY DUCKSWORTH
546 SCR 10
TAYLORSVILLE  MS 39168-5262

KIMBERLY SULLIVAN
4185 CLARKS TRL
DOUGLASVILLE  GA 30135-8686

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON  MS 39205-0352

NATALIE KAREDA BROWN  ESQ
RUBIN LUBLIN  LLC
ATTY FOR PLANET HOME LENDING  LLC
3145 AVALON RIDGE PLACE  SUITE 100
PEACHTREE CORNERS  GA 30071-1570

EXCLUDE

PLANET HOME LENDING
321 RESEARCH PARKWAY
SUITE 303
MERIDEN  CT 06450-8342

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

WESLEY HEALTH SYSTEM  LLC DBA MERIT HEALTH W
CO DAVID L MENDELSON  ESQ
MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS  TN 38187-0235

DEBTOR

WESTLAKE SERVICES LLC CO
RESURGENT CAPITAL SERVICES
PO BOX 3427
GREENVILLE  SC 29602-3427

WILSON  ASSOCIATES
400 WEST CAPITOL AVE
STE 1400
LITTLE ROCK  AR 72201-3562

ANTHONY TAMOT CHAPMAN
209 STARLANE DR
PETAL  MS 39465-3731

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767