

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                          BANKRUPTCY CASE NO.

ANTHONY TAMOT CHAPMAN                          25-51271 KMS

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#47) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)   The Trustee's Motion to Dismiss is hereby denied.

(B)   A Motion to Suspend (DK#49) the current plan has been filed with the Court, which has been recommended for approval by the Trustee. If approved by the Court, the Debtor shall begin making full, regular, timely payments of the approved new plan payment due on or before March 27, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C)   The Debtor must at all times keep the Trustee fully advised regarding the Debtor's home address and the name and address of the Debtor's employer.

IT IS, THEREFORE, ORDERED that if said Motion to Suspend is denied, this Order is set aside simultaneously with the Order Denying the Motion to Suspend.

##END OF ORDER##

SUBMITTED BY:                              AGREED:

/s/ DAVID RAWLINGS, TRUSTEE          /s/ THOMAS C. ROLLINS, JR
P.O. BOX 566                                      Attorney for Debtor
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net